SUSAN B. HERSH, P.C.
State Bar of Texas No. 09543925
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Telephone:      (972) 503-7070
Telecopy:        (972) 503-7077
ATTORNEY FOR GUY AND JANET DANKEL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT ELBERT MILLER, JR. | § | CASE NO. 17-41681-7 |
| SHANNON LEANN MILLER | § | |
| D/B/A BOBBY MILLER | § | |
| D/B/A MILLER CONSTRUCTION | § | |
| DEBTOR. | § | |

## NOTICE OF APPEARANCE UNDER FEDERAL BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR NOTICE OF ALL MATTERS

GUY AND JANET DANKEL hereby request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon their attorney of record, as follows:

Susan B. Hersh
SUSAN B. HERSH, P.C.
12770 Coit Road, Suite 1100
Dallas, TX   75251
susan@susanbhershpc.com

This request includes, but is not limited to, all notices, copies and pleadings referred to Title 11, United States Code and the Federal Bankruptcy Rules, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.  This request specifically includes copies of all disclosure statements and reorganization plans.

Respectfully submitted,

**SUSAN B. HERSH, P.C.**

By: */s/Susan B. Hersh*
SUSAN B. HERSH
State Bar No. 09543925
12770 Coit Road, Suite 1100
Dallas, TX 75251
(972) 503-7070
(972) 503-7077 (Fax)
ATTORNEY FOR GUY AND JANET DANKEL

## CERTIFICATE OF SERVICE

The undersigns certifies that a true and correct copy of the foregoing has been served on the parties receiving ECF notification in this case, on this the 25th of August, 2017.

*/s/ Susan B. Hersh*